IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 AUG -9 A 9: 28

Victor Antonio Glover
Full name and prison number of
plaintiff(s)  #122400

v.

Betty Teague
Paul Whatley
Dept. 07 Correction
Et Al.

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 2:06cv704-WKW
(To be supplied by the Clerk of the
 U.S. District Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)  No ( )

B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes ( )  No ( )

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.    Parties to this previous lawsuit:
Plaintiff(s) Victor Antonio Glover

Defendant(s) Betty Teague
Paul Whatley

2.    Court (if federal court, name the district; if state court, name the county)
State Habeas Corpus / Federal
Barbour County - Northern District

3.    Docket No. CC-2000-167.00

4.    Name of Judge to whom case was assigned Judge Bert Smithart

5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending? _Dismissed_

6.  Approximate date of filing lawsuit _Habeas Corpus - 9-22-00_

7.  Approximate date of disposition _2-3-2006_

II.  PLACE OF PRESENT CONFINEMENT _Bibb County Correctional Facility, 565 Bibb Lane, Brent, Ala. 35034_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Kilby Correctional Facility,_

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                          ADDRESS

1.  _Betty Teague, P.O. Box 30150, Monty. Ala. 36130_
2.  _Correctional Records Director, For_
3.  _the Department Of Corrections_
4.  _Paul Whaley, Classification Director_
5.  _For the Department Of Corrections_
6.  _P.O. Box 30150, Monty. Ala. 36130_

IV.  THE DATE UPON WHICH SAID VIOLATION OCCURRED _On or About 10-5-82 - Discovered 7-2-99_

V.  STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Due Process Violation_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place, manner, and person involved).

_Relevea, was stripped of (22) years and (10) months good time without a proper due process hearing, And was also removed from earning further deduction of good time off his sentences._

GROUND TWO: _Betty Teague, And Paul Whaley Both haveing (personal knowledge of the_

SUPPORTING FACTS: _(fact) Acting under Color of State Law, Refused to correct this mistake But Allowed Glover to go (18) years without good time, Created A Liberty Interest. Intentionally_

GROUND THREE: _deprived Glover of his Constitutional Rights_

SUPPORTING FACTS: _____
_____
_____
_____
_____

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT., CITE NO CASES OR STATUTES.

_For each defendant(s) found to be directly involved to pay the sum of $500,000.00. Each for there Action, both in there individual And official Capacities_

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _8-4-2006_
          (date)

_____
Signature of plaintiff(s)

-3-