2:06CV704-WKW

RECEIVED
2006 AUG 30  A 9:32

Victor A. Glover
#122400-A-2-95
Elmore Corr. Facility
P.O. Box 8
Elmore, Ala. 36025
8/28/06

U.S. District Court
Middle District of Ala.
P.O. Box 711
Montgomery, Ala. 36101

Dear Clerk,

I would like to inform the Court that I am no longer incarcerated at Bibb County Corr. Facility. I've been transferred to where I am presently confined now - Elmore Corr. Facility
P.O. Box 8
Elmore, Alabama 36101
I am the Plaintiff in the Case Glover -v- Dept. of Corrections And I would appreciate it if you would forward legal matters to this address. Thank You
Victor Glover