In The United States District Court
For The Middle District of Alabama
Northern Division

| | |
|---|---|
| Victor Antonio Glover<br>Plaintiff<br>V.<br>Betty Teague, et al.,<br>Defendants | CA. No. 2:06-CV-704-WKW<br>(WO) |

## Objection To Recommendation Order Of Magistrate Judge

Come Now the Plaintiff Victor A. Glover, moves this Honorable Court to a Motion for objection To Recommendation Order Of Magistrate Judge, Filed on 9-14-06, to dismiss the plaintiff complaint without prejudice, denieing him to leave to proceed in forma pauperis pursuant to the provisions of §1915(g). The plaintiff filed his complaint on 9-9-06, under 42 U.S.C. §1983, Action Alleged Violation Of his Fourteenth Amendment Rights of Due Process Clause. And For Support, plaintiff states as following......

### Grounds

(1.) Plaintiff states that the cases in which the Court Relies on in finding violation

II

to denied plaintiff motion to proceed in Forma Pauperis are...
(1.) Glover v. Alabama Dept. of Corrections, et al., Case No. 2:01-CV-1048-WHA (M.D. Ala. 2002);

However, In this case, Glover, was informed by the Magistrate Judge at that time Honorable Charles S. Coody, that the plaintiff claims for relief was not cognizable in a § 1983 Action at that time under Balisok, 520 U.S. at 646-648. That the law is well established that the sole remedy in Federal Court for a prisoner seeking restoration of good time credits is a writ of Habeas Corpus........ And plaintiff decided to (exhauste) his state remedies before Re-entering this court. Plaintiff never did Objected the the Magistrate Recommendation......

(2.) In the case Glover v. Blackledge, et al And Glover v. Deloach, et al, Case No. 2:95-CV-1293-WHA (M.D. Ala. 1995)..... Both defendant(s) was joined parties in one separate claim, And should not be helted against the plaintiff

III

as two separate claims...

Glover further states that he is under imminent danger each and every day that he spends incarcerated in prison due to the facts that the defendants violated his due process, and by doing so created a Liberty Interest, which are protected by due process Clause. The defendant(s) action taken against the plaintiff did represented a "dramatic departure" from the ordinary conditions of confinement, and that he could have been (Free) Ten (10) years ago...

### Conclusion

Wherefore, plaintiff prays that this Honorable Court will grant his motion, and enter the appropriate order, and ordering the defendants to file a special Report to his complaint...

Done this the 26 day of September 2006

Respectfully Submitted
Victor A. Glover