IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICTOR ANTONIO GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-00704-WKW- |
| | ) | (WO) |
| BETTY TEAGUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On September 14, 2006, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case. Mr. Glover filed a timely objection. Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Objection (Doc. # 5) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

3. The motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED; and

4. This action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this the 4th day of October, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE